UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

JOHN ALBERT DEBONVILLE                            Case No. 09-53054-mbm

SANDRA LYNN DEBONVILLE                        Chapter 13

Debtor(s).                                                   Hon. Marci B. McIvor
_____/

**ORDER MODIFYING CHAPTER 13 PLAN**

NOW COMES Creditor, CHRISTIAN FINANCIAL CREDIT UNION, and the Debtors, JOHN & SANDRA DEBONVILLE, by and through their counsel, ORLOW & ASSOCIATES, and the Chapter 13 Trustee, who agree to the entry of this Order; the Order Confirming Plan entered July 22, 2009, stating that Creditor will receive the sum of $50.00 per month until Debtors' counsel's fee application, pre-petition, are satisfied; fee applications subsequent to the Order Confirming Plan have been approved that result in no disbursements to the Creditor; the parties agree that Creditor is entitled to equal monthly payments pursuant to the terms of the confirmed plan; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Chapter 13 Trustee shall disburse the sum of $100.00 monthly to Debtors' counsel to satisfy Debtors' counsel's pre-confirmation and post-confirmation fee awards until such amount is satisfied.

IT IS FURTHER ORDERED that this Order applies to all fee applications filed by the Debtors' counsel.


Signed on January 6, 2011                            /s/ Marci B. McIvor
                                                                         Marci B. McIvor
                                                                         United States Bankruptcy Judge